United States District Court
Middle District of Florida
Jacksonville Division

2012 MAY -9 PM 1:40
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Plaintiff

Maressa M. Holt

Defendant

CASE No. 3:12-CV-559-J-20TEM

vs.

Tyler Perry AKA John Ivory and

WACKENHUT SECURITY CORPORATION
ELROD AND ELROD ASSOCIATES
CITI BANK CARDS

## COMPLAINT

Copyright Infringement and Personal Injury

I worked for Wackenhut Corporation with the Defendant. He used my book and short stories without my permission. He has not paid any financial restitution to me or my children. We are suffering and would like to sue him in Federal Court.

Maressa M. Holt
Maressa M. Holt
7201 Arlington Rd. Expressway
Apt. 95
Jacksonville, Florida 32211
(904) 508-1426