UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARESSA M. HOLT,

    Plaintiff,

v.    CASE NO. 3:12-cv-559-J-20MCR

TYLER PERRY a/k/a John Ivory,
WACKENHUT SECURITY CORPORATION,
ELROD AND ELROD ASSOCIATES, CITI
BANK CARDS,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 11), addressing Plaintiff's Amended Complaint (Dkt. 7) and Plaintiff's Amended Affidavit of Indigency (Dkt. 8). The Magistrate Judge recommended that Plaintiff's request to proceed *in forma pauperis* be denied and that the Amended Complaint be dismissed without prejudice to Plaintiff filing a paid complaint. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 11) is adopted; and

2. Plaintiff's Amended Complaint (Dkt. 7) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Amended Affidavit of Indigency (Dkt. 8) is **DENIED**; and

4. Plaintiff shall have fourteen (14) days from the date of this Order in which to file a paid

Complaint that complies with the Federal Rules of Civil Procedure. The failure to comply with this Order will result in the immediate dismissal with prejudice of this action.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of July, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Maressa M. Holt, *Pro Se*